UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
NADR CONSTRUCTION, LLC § Case No. 09-02113
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on           . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| Thomas E. Springer | | | | | |
| MCGLADREY, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cybor Fire Protection, Co | | | | | |
| 2 | Robert J. Nadr Sr. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-02113   CAD   Judge: Carol A. Doyle | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | NADR CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 01/23/09 (f) |
| | | 341(a) Meeting Date: | 02/23/09 |
| For Period Ending: | 07/12/13 | Claims Bar Date: | 07/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHASE, CHECKING 000765121272 | 25.00 | 0.00 | | 0.00 | FA |
| 2. ACER COMPUTER AND PRINTER | 150.00 | 0.00 | | 0.00 | FA |
| 3. Account Receivable<br><br>ACCOUNTS RECIEVABLE FROM ROBERT SANFRATELLO; SANFRATELLO CONSTRUCTION, INC.; SCI DESIGN, INC. AND CREATIVE WOOD DESIGN, CHICAGO, IL FOR WORK PERFORMED AND MATERIALS PROVIDED, DUE BUT DISPUTED.<br><br>Order approving compromise entered 12/23/10 for $10,000. | 195,505.46 | 195,505.46 | | 10,000.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.72 | Unknown |
| TOTALS (Excluding Unknown Values) | $195,680.46 | $195,505.46 | | $10,001.72 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's accountant filed tax returns but the IRS rejected them because the entity is a one person LLC. Accountant has now issued a 1099 to sole LLC owner. The Trustee will now proceed with preparation of the fee applications and Final Report.

Initial Projected Date of Final Report (TFR): 09/15/12    Current Projected Date of Final Report (TFR): 02/15/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-02113 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | NADR CONSTRUCTION, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9288 CHECKING ACCOUNT |
| Taxpayer ID No: | *******4606 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 9,847.15 | | 9,847.15 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.46 | 9,841.69 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.27 | 9,835.42 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.06 | 9,829.36 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.26 | 9,823.10 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,808.50 |
| 04/23/13 | 100000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 1,750.17 | 8,058.33 |
| 04/23/13 | 100001 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn: Fiscal Department | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 7,808.33 |
| 04/23/13 | 100002 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,800.00 | 2,008.33 |
| 04/23/13 | 100003 | MCGLADREY, LLP<br>1252 Bell Valley Road<br>Suite 300<br>PO Box 5365<br>Rockford, IL 61108 | Accountant for Trustee Fees (Other | 3410-000 | | 1,575.00 | 433.33 |
| 04/23/13 | 100004 | Cybor Fire Protection, co<br>5123 Thatcher Rd<br>Downers Grove, Il 60515 | Claim 1, Payment 0.39769% | 7100-000 | | 5.17 | 428.16 |
| 04/23/13 | 100005 | Robert J. Nadr Sr.<br>3308 Prairie Rd. | Claim 2, Payment 0.39790% | 7100-000 | | 428.16 | 0.00 |

Page Subtotals     9,847.15     9,847.15

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 09-02113 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | NADR CONSTRUCTION, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9288  CHECKING ACCOUNT |
| Taxpayer ID No: | *******4606 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Aurora, Il 60506 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,847.15 | 9,847.15 | 0.00 |
| Less: Bank Transfers/CD's | 9,847.15 | 0.00 | |
| Subtotal | 0.00 | 9,847.15 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,847.15 | |

Page Subtotals       0.00          0.00

Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-02113 -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | NADR CONSTRUCTION, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0863  MONEY MARKET |
| Taxpayer ID No: | *******4606 | | |
| For Period Ending: | 07/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/07/11 | 3 | Sanfratello Construction Inc. 4910-14 S. Paulina St. Chicago, IL 60609 | Settlement of adversary 09-1017 pursuant to Order entered 12/23/10 | 1121-000 | 10,000.00 | | 10,000.00 |
| 01/31/11 | 4 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 10,000.16 |
| 02/28/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.24 |
| 03/31/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.32 |
| 04/26/11 | 000100 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 8.30 | 9,992.02 |
| 04/29/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,992.10 |
| 05/31/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,992.19 |
| 06/30/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,992.27 |
| 07/29/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,992.35 |
| 08/31/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,992.44 |
| 09/30/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,992.52 |
| 10/31/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,992.60 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.73 | 9,979.87 |
| 11/30/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,979.95 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,967.65 |
| 12/30/11 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,967.73 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.29 | 9,955.44 |
| 01/31/12 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,955.53 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.06 | 9,942.47 |
| 02/15/12 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 9.89 | 9,932.58 |

Page Subtotals         10,001.15         68.57

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-02113 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | NADR CONSTRUCTION, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0863 MONEY MARKET |
| Taxpayer ID No: | *******4606 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,932.66 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.82 | 9,920.84 |
| 03/30/12 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,920.92 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.20 | 9,908.72 |
| 04/30/12 | 4 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,908.80 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.59 | 9,896.21 |
| 05/31/12 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,896.29 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.57 | 9,883.72 |
| 06/29/12 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,883.80 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.75 | 9,872.05 |
| 07/31/12 | 4 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,872.14 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.95 | 9,859.19 |
| 08/31/12 | 4 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,859.27 |
| 08/31/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 12.12 | 9,847.15 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,847.15 | 0.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 10,001.72   10,001.72   0.00 |
| Less: Bank Transfers/CD's | 0.00   9,847.15 |
| Subtotal | 10,001.72   154.57 |
| Less: Payments to Debtors | 0.00 |
| Net | 10,001.72   154.57 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - ********9288 | 0.00 | 9,847.15 | 0.00 |
| MONEY MARKET - ********0863 | 10,001.72 | 154.57 | 0.00 |
| | 10,001.72 | 10,001.72 | 0.00 |

Page Subtotals  0.57  9,933.15

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-02113 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | NADR CONSTRUCTION, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0863  MONEY MARKET |
| Taxpayer ID No: | *******4606 | | | |
| For Period Ending: | 07/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*